IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SUBPOENA TO<br>SONY COMPUTER ENTERTAINMENT | Misc. No. 3」19mj 65 WIG<br><br>**Filed Under Seal** |

### APPLICATION FOR ORDER COMMANDING SONY COMPUTER ENTERTAINMENT NOT TO NOTIFY ANYONE OF A SUBPOENA

The United States requests that the Court order Sony Computer Entertainment ("Sony") not to notify any person (including the subscribers and customers of the account(s) sought in the attached subpoena) of the existence of the attached subpoena until further order of the Court.

Sony is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached subpoena, which requires Sony to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached subpoena relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by: giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger

the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the subpoena, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Sony not to disclose the existence or content of the attached subpoena, except that Sony may disclose the attached subpoena to an attorney for Sony for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on December 1, 2014

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct19105
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203) 696 3000 / (203) 579 5575 (fax)
Stephen.Reynolds@usdoj.gov

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Sony Computer Entertainment, Attn: Joanne Chatley, Litigation Paralegal Manager     N-13-2-13 (253)
2207 Bridgepoint Parkway, San Mateo, California 94404

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States District Court<br>141 Church Street, Room 143<br>New Haven, CT | Date and Time:<br><br>12/09/2014 9:30 am |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

Personal appearance is not required if the requested materials are produced on or before the return date to Special Agent Mike Syrax, Federal Bureau of Investigation, 600 State Street, New Haven, Connecticut 06511-6505. If you have any questions about this subpoena, please contact Special Agent Syrax at (203) 777-6311 or Michael.Syrax@ic.fbi.gov.

Date:    12/01/2014                 *CLERK OF COURT*

                                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Stephen B. Reynolds
Assistant United States Attorney
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203) 696-3000

## ATTACHMENT TO SUBPOENA ISSUED TO:

Sony Computer Entertainment
Attn: Joanne Chatley, Litigation Paralegal Manager
2207 Bridgepoint Parkway
San Mateo, California  94404

This subpoena seeks information from, e.g., Sony's gaming servers, relating to specific IP address hits between September 1, 2014 and the present. Specifically, please provide, for the time period of September 1, 2014 to the present, any and all subscriber, registration and account information relating to the following IP addresses:

24.45.94.143
107.161.181.27
86.152.152.230
50.155.7.19
99.35.192.240
166.137.147.196

Responsive information should include, but not be limited to the following records and information: (1) any and all names associated with the accounts; (2) any and all account, login and screen names, (3) any and all addresses; (4) any and all telephone numbers and email addresses associated with the account; (5) length of service (including start date) and type of services utilized; (6) any and all telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network addresses, IP history or any assigned IP addresses; and (7) the means and source of payment for any services (including any credit card or bank account numbers).

A non-disclosure order is enclosed along with this request.

Personal appearance is not required if the requested materials are produced on or before the return date to Special Agent Mike Syrax, Federal Bureau of Investigation, 600 State Street, New Haven, Connecticut 06511-6505. If you have any questions about this subpoena, please contact Special Agent Syrax at (203) 777-6311 or Michael.Syrax@ic.fbi.gov.